# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2007

Clifford W. Taylor,
Chief Justice

133393

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES T. RODDY,
        Plaintiff-Appellant,

v

SC: 133393
COA: 271208
Shiawassee CC: 02-008184-NZ

GRAND TRUNK WESTERN RAILROAD,
INC., TRACY MILLER, LAWRENCE T.
WIZAUER, DAVID CROMIE, PETER
BRANDON, THOMAS WILLETT, and
LAWRENCE R. MARTENIS,
        Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the January 30, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2007

Clerk

s0613